UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TYLER SUCH, on behalf of himself and all
other persons similarly situated,

                                                  Docket No: 24-cv-07859 (JMW)

                      Plaintiff,

      -against-

POWERPRO SERVICE CO., INC.,
FRANK NAVETTA and BYRON NAVETTA,

                    Defendants.
-----------------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT
## PURSUANT TO FED. R. CIV. P. 68

      PLEASE TAKE NOTICE that Plaintiff TYLER SUCH, by and through his attorneys, the Romero Law Group PLLC, hereby accepts the offer by Defendants to allow entry of judgment to be taken against them pursuant to Fed. R. Civ. P. 68 in the amount of Five Thousand Dollars and Zero Cents ($5,000.00) for the full and final resolution of any claims for overtime violations under the Fair Labor Standards Act and violations of New York Labor Law §§ 195(1),(3) (i.e. Plaintiff's First, Fifth and Sixth Claims for Relief).

      This acceptance does not include any release of Plaintiff's Second through Fourth Claims for Relief for overtime violations under the New York Labor Law, unpaid regular rate wages at their agreed upon rates of pay under the New York Labor Law, and failure to issue timely payment of wages pursuant to New York Labor Law §§ 191, 198, including and any related claims for damages, liquidated damages, attorneys' fees, costs, and interest, or any other remedies or relief relating to these claims.

A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: Hauppauge, New York
December 10, 2025

                          ROMERO LAW GROUP PLLC
                          *Attorneys for Plaintiff*
                          490 Wheeler Road, Suite 277
                          Hauppauge, New York 11788
                          Tel.: (631) 257-5588

By: _____
      DAVID D. BARNHORN, ESQ.
      PETER A. ROMERO, ESQ.

## AFFIRMATION OF SERVICE

  I, David D. Barnhorn, Esq., hereby certify that on this date, December 10, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68* was served via First Class Mail on the following:

Scott Green, Esq.
Goldberg Segalla
200 Garden City Plaza, Suite 520
Garden City, New York 11530

       By: _____
           DAVID D. BARNHORN, ESQ.