**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TYLER SUCH, on behalf of himself and all other
persons similarly situated,

               Plaintiff,

  - against -                             **JUDGMENT**
                                                CV 24-7859 (JMW)
POWERPRO SERVICE CO., INC., FRANK
NAVETTA and BYRON NAVETTA,

               Defendants.
----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on December 10, 2025, accepting Defendants' December 10, 2025 offer to allow judgment against them in the amount of $5,000.00, for the full and final resolution of any claims for overtime under the Fair Labor Standards Act and violations of New York Labor Law §§ 1951(1), (3), it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiff Tyler Such against Defendants Powerpro Service Co., Inc., Frank Navetta, and Byron Navetta in the amount of $5,000.00, for the full and final resolution of any claims for overtime under the Fair Labor Standards Act and violations of New York Labor Law §§ 1951(1), (3); and that this case is closed.

Dated: December 18, 2025
       Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF COURT

                                    By:    /s/ James J. Toritto
                                                 Deputy Clerk